DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Select Portfolio Servicing, Inc. and Bank of New York Mellon, fka The Bank of New York, as Trustee on behalf of the Holders of the Alternative Loan Trust 2006-OC11, Mortgage Pass Through Certificates Series OC11*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLI Y. CLINGMAN,<br><br>Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.; QUALITY LOAN SERVICE CORP.; THE BANK OF NEW YORK MELLON f/k/a The Bank of New York as Trustee, on behalf of the Holders of the Alternative Loan Trust 2006-OC11, Mortgage Pass Through Certificates Series OC11,<br><br>Defendants. | Case No.: 2:19-cv-01508-GMN-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CHECK** |

Bank of New York Mellon, fka The Bank of New York, as Trustee on behalf of the Holders of the Alternative Loan Trust 2006-OC11, Mortgage Pass Through Certificates Series OC11 (**BoNYM**) and Select Portfolio Servicing, Inc. (**SPS**) (collectively **Defendants**), and Plaintiff Kelli Y. Clingman (**Plaintiff**), by and through undersigned counsel request that the court continue the status check in this matter by one week to allow the parties to continue finalizing the settlement documents. The parties continue to be in communications regarding the settlement and are working on proposed revisions to the settlement agreement before executing. As a result, the parties request

51728439;1

the Court continue the status check set for January 24, 2020 at 8:00 a.m. by one week, to January 31, 2020 at 8:00 a.m., or to another date and time convenient for the court, to be vacated if the parties complete the settlement and submit a stipulation of dismissal beforehand.

IT IS SO STIPULATED.

DATED this 23rd day of January, 2020.

| **AKERMAN LLP** | |
|---|---|
| */s/ Jamie K. Combs*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Select Portfolio Servicing, Inc. and Bank of New York Mellon, fka The Bank of New York, as Trustee on behalf of the Holders of the Alternative Loan Trust 2006-OC11, Mortgage Pass Through Certificates Series OC11* | */s/ Kelli Clingman*<br>KELLI Y. CLINGMAN<br>8339 Freshwater Pearl Street<br>Las Vegas, NV 89139<br><br>*Pro Se Plaintiff* |

## ORDER

**IT IS SO ORDERED. IT IS FURTHER ORDERED that the status conference is continued to Friday, January 31, 2020, at 8:00 a.m. in Courtroom 7D.**

_____
**Gloria M. Navarro, District Judge**
**UNITED STATES DISTRICT COURT**

DATED this  23  day of January, 2020.

2

51728439;1