1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
4  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
5  Las Vegas, Nevada 89134
   Telephone:   (702) 634-5000
6  Facsimile:   (702) 380-8572
   Email: darren.brenner@akerman.com
7  Email: natalie.winslow@akerman.com
   Email: jamie.combs@akerman.com
8

9  *Attorneys for Select Portfolio Servicing, Inc.
   and Bank of New York Mellon, fka The Bank
   of New York, as Trustee on behalf of the
10 Holders of the Alternative Loan Trust 2006-
   OC11, Mortgage Pass Through Certificates
11 Series OC11*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLI Y. CLINGMAN,<br><br>                        Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.; QUALITY LOAN SERVICE CORP.; THE BANK OF NEW YORK MELLON f/k/a The Bank of New York as Trustee, on behalf of the Holders of the Alternative Loan Trust 2006-OC11, Mortgage Pass Through Certificates Series OC11,<br><br>                        Defendants. | Case No.: 2:19-cv-01508-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Bank of New York Mellon, fka The Bank of New York, as Trustee on behalf of the Holders of the Alternative Loan Trust 2006-OC11, Mortgage Pass Through Certificates Series OC11 (**BoNYM**) and Select Portfolio Servicing, Inc. (**SPS**) (collectively **Defendants**), and Plaintiff Kelli Y. Clingman (**Plaintiff**), by and through undersigned counsel stipulate to dismissal of all claims brought in this matter with prejudice.

. . .

. . .

50250659;1

Each party shall bear their own fees and costs.

DATED this 30 day of January, 2020.

**AKERMAN LLP**

/s/ Jamie K. Combs
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Select Portfolio Servicing, Inc. and Bank of New York Mellon, fka The Bank of New York, as Trustee on behalf of the Holders of the Alternative Loan Trust 2006-OC11, Mortgage Pass Through Certificates Series OC11*

/s/ Kelli Y. Clingman
KELLI Y. CLINGMAN
8339 Freshwater Pearl Street
Las Vegas, NV 89139

*Pro Se Plaintiff*

**IT IS SO ORDERED:**

IT IS FURTHER ORDERED that the Status Conference set for Friday, January 31, 2020, at 8:00 a.m. is VACATED.

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: January 30, 2020

2

50250659;1